IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



AUG 28 2025 PM 1:44
FILED - USDC - NDTX - AM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **2- 25CR0094-Z** |
| MATTHEW ALBERT TATE | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

From on or about a date unknown to the grand jury, to on or about May 15, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Matthew Albert Tate**, defendant, did knowingly possess a Gray 1 TB SanDisk Solid State Drive (SSD), serial number 25023S401255, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**Matthew Albert Tate**
**Indictment - Page 1**

<u>Count Two</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b))

From on or about a date unknown to the grand jury, to on or about May 15, 2025,

in the Amarillo Division of the Northern District of Texas, and elsewhere, **Matthew**

**Albert Tate**, defendant, knowingly transported child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), to an external storage device, in and affecting

interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b).

**Matthew Albert Tate**
**Indictment - Page 2**

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in the Indictment, and pursuant to

18 U.S.C. § 2253, defendant **Matthew Albert Tate**, shall forfeit to the United States of

America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A,

2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or

other matter which contains any such visual depiction, which was produced, transported,

mailed, shipped, or received in violation of Chapter 110; (b) any property, real or

personal, constituting or traceable to gross profits or other proceeds obtained from any

offense alleged in the Indictment; and (c) any property, real or personal, used or intended

to be used to commit or to promote the commission of any offense alleged in the

Indictment, and any property traceable to such property.   The above-referenced property

subject to forfeiture includes, but is not limited to, a Gray 1 TB SanDisk Solid State

Drive (SSD), serial number 25023S401255; and a Dell Inspiron laptop, in the possession

of law enforcement.

If any of the property described above, as a result of any act or omission of the

defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

**Matthew Albert Tate**
**Indictment - Page 3**

e.       has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:     806-472-7564
Facsimile:     806-472-7394
E-mail:        callie.woolam@usdoj.gov

**Matthew Albert Tate**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

MATTHEW ALBERT TATE

INDICTMENT

COUNT 1:     POSSESSION OF CHILD PORNOGRAPHY INVOLVING A
PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(B) and
2252A(b)(2).

COUNT 2:     TRANSPORTATION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(1) and (b).

(2 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo                                                    _Mik Mﬀ_          Foreperson
Filed in open court this 28th day of August 2025

                                                                                    Clerk
ARREST WARRANT TO ISSUE.

_____
UNITED STATES MAGISTRATE JUDGE